**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SKINCURE ONCOLOGY, LLC, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY JR.,<br>Secretary, United States Department<br>of Health and Human Services *et al.*,<br><br>*Defendants.* | ) | Civil Action No. 1:26-cv-00737-RC |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION**

AND NOW on this ____ day of _____ 2026, upon consideration of Plaintiffs' Motion for a Stay and Preliminary and Permanent Injunction, it is HEREBY ORDERED that Plaintiffs' Motion is GRANTED. It is further ORDERED:

1. The Court STAYS the portions of the Final Rule (Medicare and Medicaid Programs; CY 2026 Payment Policies Under the Physician Fee Schedule and Other Changes to Part B Payment and Coverage Policies, 90 Fed. Reg. 49266, 49486–509 (Nov. 5, 2025)) that modify the classification and reimbursement of Image-Guided Surface Radiation Therapy. The Court further STAYS the new CPT coding family (77436, 77437, 77438, 77439) and associated RVUs for Image-Guided Surface Radiation Therapy set forth in the Final Rule. The Final Rule is STAYED unless and until the Court orders otherwise. During the STAY of the Final Rule, Defendants must reimburse Image-Guided Surface Radiation Therapy as before the Final Rule.

2. The Court STAYS the Final LCDs issued by CGS Administrators, LLC (L40179, Jurisdiction 15), National Government Services, Inc. (L40168, Jurisdictions 06, K), Noridian Healthcare Solutions, LLC (L40176, Jurisdictions E, F), Palmetto GBA (L40189, Jurisdictions J, M) and Wisconsin Physicians Service Insurance Corporation and its Government Health

Administrators division (L40193, Jurisdictions 05, 08). The Final LCDs are STAYED unless and until the Court orders otherwise. During the STAY of the Final Rule, Defendants must reimburse Image-Guided Surface Radiation Therapy as before the Final LCDs.

3. The Court STAYS the Billing Articles issued by CGS Administrators, LLC (CGS Article A60185), National Government Services, Inc. (NGS Article A60176), Noridian Healthcare Solutions, LLC ( Noridian Article A60181), Palmetto GBA (Palmetto Article A60211), and Wisconsin Physicians Service Insurance Corporation and its Government Health Administrators division (WPS Article A60213). The Billing Articles are STAYED unless and until the Court orders otherwise. During the STAY of the Billing Articles, Defendants must reimburse Image-Guided Surface Radiation Therapy as before the Billing Articles.

4. IT IS FURTHER ORDERED that, as of the date of this order, Defendants are ENJOINED from administering or enforcing the new CPT coding family (77436, 77437, 77438, 77439) and the associated RVUs for Image-Guided Surface Radiation Therapy set forth in the Final Rule. Defendants shall continue to reimburse Image-Guided Surface Radiation Therapy on a per-fraction basis throughout treatment, and shall not limit reimbursement to a once-per-course add-on in accordance with the 2025 MPFS Rule. Defendants are ENJOINED unless and until the Court orders otherwise.

4. IT IS FURTHER ORDERED that, as of the date of this order, Defendants are ENJOINED from administering or enforcing the Final LCDs and associated Billing Articles. Defendants are enjoined from administering or enforcing the Final LCDs and the associated Billing Articles.

Dated: ____________________

____________________________________
Hon. Rudolph Contreras
UNITED STATES DISTRICT JUDGE