# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SKINCURE ONCOLOGY, LLC, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY JR., Secretary, United States Department of Health and Human Services, *et al.*,<br><br>*Defendants.* | ) | Civil Action No. ________________ |

## DECLARATION OF DR. DANIEL J. LADD, JR.

I, Dr. Daniel J. Ladd, Jr., solemnly declare under penalty of perjury and to the best of my knowledge, information, and belief as follows:

1. I am over 18 years of age and provide the testimony in this declaration based on my personal knowledge.

2. I am the Chief Medical Officer ("CMO") for SkinCure Oncology, LLC ("SkinCure") and have held this position since October 1, 2016. I am a Board Certified dermatologist and surgeon. I have owned seven comprehensive dermatology offices and am a former president of the American Osteopathic College of Dermatology. In my role as the CMO for SkinCure, my job responsibilities include being familiar with the medical landscape and technology impacting Nonmelanoma skin cancer ("NMSC"), including Image-Guided Superficial Radiation Therapy ("IGSRT") specifically.

3. NMSC is a group of epithelial malignancies comprised primarily of basal cell carcinoma and squamous cell carcinoma, which together represent the most common cancers in the United States. The incidents of NMSC continue to rise, imposing a growing public health concern of significant impact to Medicare beneficiaries in particular. The increased incidence is

driven by factors such as longer lifespans, ozone depletion, increased exposure to ultraviolet light, delayed detection in older patients, and risks of local tissue destruction, morbidity, and impaired quality of life if not appropriately treated. The burden of NMSC is expected to increase by at least 1.5 times from 2020 to 2044.

4. Dermatologists have used radiation therapy to treat NMSC for more than a century. By the 1970s, more than half of dermatology offices in North America offered superficial radiotherapy ("SRT"). Use of SRT declined in subsequent decades, largely due to the emergence and growth of Mohs micrographic surgery ("Mohs") as a tissue-sparing surgical modality.

5. In 2015, the U.S. Food and Drug Administration cleared the SRT-100 Vision™ device, enabling the integration of high-resolution dermal ultrasound ("HRDUS") with superficial radiation delivery and marking the introduction of IGSRT. Since the advent of IGSRT, numerous peer-reviewed studies have reported local control and recurrence outcomes equivalent or superior to Mohs for early-stage NMSC.

6. IGSRT is a non-surgical treatment modality that combines superficial kilovoltage radiation with HRDUS imaging to visualize tumor depth and configuration in real time. IGSRT incorporates pre-treatment and per-fraction ultrasound image guidance to assess lesion depth, monitor treatment response, and adapt energy selection, fractionation, and biologic dose throughout therapy. Daily imaging studies show that more than 90% of NMSC tumors treated with IGSRT undergo measurable depth fluctuations during the course of treatment, requiring adaptive changes to the treatment plan in nearly 40% of cases. The fact that lesion depth changes from one date of service to the next is significant because of the percentage depth dose, which is the percentage of the radiation dose that is delivered at a given depth; as radiation passes deeper into the skin, there is a resulting reduction in effective dose for deeper layers. By eliminating the use of HRDUS, the treatment team risks undertreating the cancer cells deeper into the skin. And,

because the peer-reviewed literature shows that more than 90% of NMSC tumors change depth, the treatment team needs to adapt the treatment to compensate for those daily depth changes, which is only possible if they can determine the exact depth of the lesion.

7. HRDUS permits visualization of the epidermis, dermis, and subcutaneous layers at 20-22 MHz, enabling accurate measurement of tumor depth (typically 0-6 mm) and precise targeting not achievable with traditional non-image-guided SRT.

8. Clinical guidelines issued by the Dermatology Association of Radiation Therapy—the leading medical society focused on radiation therapy and other non-surgical options for skin cancer treatment—explain that IGSRT should be delivered in the dermatology setting by a board-certified dermatologist with a multidisciplinary team, including a certified radiation therapist, medical physicist, and general access to a radiation oncologist.

9. Peer-reviewed comparative studies demonstrate that IGSRT differs materially from traditional SRT and External Beam Radiotherapy, because those modalities deliver treatment without dermal imaging, cannot measure daily changes in tumor depth, and therefore cannot adapt energy, dose, or fractionation in response to measurable tumor-depth fluctuations. Local control rates are approximately 90-95% for non-image-guided SRT and 95% for Electronic Brachytherapy, representing materially lower patient outcomes compared to IGSRT.

10. IGSRT is recommended for patients for whom surgery is contraindicated, impractical, or undesirable, and for lesions located on cosmetically or functionally sensitive anatomic sites such as the face, head, and neck.

11. Peer-reviewed literature demonstrates that IGSRT is especially beneficial for elderly patients, individuals with multiple medical comorbidities, patients on anticoagulants, patients with impaired wound healing, and patients who prefer to avoid surgery or who have "surgical fatigue" from repeated Mohs procedures.

12. Although Mohs is a highly effective treatment for NMSC, substantial disparities in access to Mohs persist across geographic and patient populations. Recent studies indicate that more than 80% of U.S. counties do not have a single Mohs surgeon, and 95% of Medicare beneficiaries living in rural counties lack access to Mohs.

13. IGSRT has repeatedly been found as medically reasonable and necessary for treating NMSC, is most commonly performed in outpatient dermatology settings for NMSC treatment, and has historically been reimbursed on a fee-for-service basis under the Medicare Physician Fee Schedule for Part B services. And, according to recent Medicare Part B claims data, IGSRT utilization is increasing by approximately 50% annually, compared to about 6% for Mohs, highlighting its growing clinical acceptance and vital role in addressing gaps in access to care.

14. Medicare claims data also confirms that IGSRT is overwhelmingly delivered by dermatologists in office-based clinical settings, with approximately 96% of SRT and IGSRT claims attributable to dermatologists and other skin specialists and fewer than 2% attributable to radiation oncologists. IGSRT delivered in community dermatology settings expands access to highly effective NMSC treatment without requiring travel to hospital-based radiation oncology departments or cancer centers.

15. The Final Rule, Final LCDs, and Billing Articles at issue in this litigation will cause direct and substantial harm to Medicare beneficiaries by removing a viable option and choice when they are suffering from NMSC. They will also cause immediate and irreparable harm to SkinCure, its dermatology practice partners, and Medicare beneficiaries nationwide by eliminating access to the most effective non-surgical treatment for NMSC and reversing a decade of progress in community-based cancer care.

Pursuant to the requirements of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2/13/2026

Date

Signed by:
78185F1FAA3B436...

DR. DANIEL J. LADD, JR.
Chief Medical Officer