**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SKINCURE ONCOLOGY, LLC, *et al.*,<br><br>*Plaintiffs,*<br>v.<br><br>ROBERT F. KENNEDY JR.,<br>Secretary, United States Department<br>of Health and Human Services, *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-00737-RC |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION FOR HEARING**

Before the Court is Plaintiffs' Motion for Hearing. After due consideration of the briefing, arguments, and documents filed with the Court, and applicable law, the Court concludes good cause exists to grant the motion. It is hereby **ORDERED** that the Court will schedule a hearing on Plaintiffs' Motion for Stay and Preliminary and Permanent Injunction within seven days after the close of briefing on Plaintiffs' Motion for Stay and Preliminary and Permanent Injunction.

**SO ORDERED**

Dated: ________________

______________________________
THE HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE