**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SKINCURE ONCOLOGY, LLC, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY JR.,<br>Secretary, United States Department<br>of Health and Human Services *et al.*,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-00737-RC |

**NOTICE OF FILING OF CORRECTED COMPLAINT, DECLARATION, AND MOTION FOR STAY AND PRELIMINARY AND PERMANENT INJUNCTION**

After signing his Declaration and after Plaintiffs filed their Complaint and Motion for Stay and Preliminary and Permanent Injunction, one of the individual patient Plaintiffs, L. Peter Smith, re-reviewed his medical history. From that review, Mr. Smith needs to make minor corrections to the dates of his treatment and the number of skin cancer lesions that were treated.

Accordingly, Plaintiffs submit the following three documents:

(1) A Corrected Complaint, in which changes have been made to Paragraphs 31, 65(f), and 152, replacing ECF 1;

(2) Mr. Smith's Corrected Declaration filed under seal which includes changes to paragraphs 6-10, replacing ECF 10-13 Exhibit I; and

(3) A Corrected Motion for Stay and Preliminary and Permeant Injunction filed under seal in which changes have been made to Page 8, replacing ECF 10-3. The redacted copy filed at ECF 11 remains unchanged.

Dated: March 16, 2026

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ *Lynn Estes Calkins*

Lynn Estes Calkins (DC Bar No. 445854)
Zachary P. Lundgren (DC Bar No. 90012330)
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Phone: (202) 955-3000
lynn.calkins@hklaw.com
zachary.lundgren@hklaw.com

Andrew Solinger (DC Bar No. 1014742)
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: (615) 850-8062
andrew.solinger@hklaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I will have a true and correct copy of the foregoing served by email on the following:

Andrew J. Vaden, Assistant U.S. Attorney
Civil Division, U.S. Attorney's Office
601 D St., NW, Washington, DC 20530
andrew.vaden@usdoj.gov

I hereby certify that I will have a true and correct copy of the foregoing served via first-class postage prepaid on the following:

Robert F. Kennedy Jr., In His Official Capacity
United States Secretary of Health and Human Services
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, DC 20201

United States Department of Health and Human Services
Office of the General Counsel
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, DC 20201

Mehmet Oz, In His Official Capacity
Administrator, United States Centers for Medicare and Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244

United States Centers for Medicare and Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244

Civil Process Clerk
United States Attorney for the District of Columbia
601 D Street, N.W.
Washington, DC 20530

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

/s/ *Lynn Estes Calkins*
Lynn Estes Calkins