UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SKINCURE ONCOLOGY, LLC, *et al.*,

Plaintiffs,

v.

ROBERT F. KENNEDY, JR., *et al.*,

Defendants.

Civil Action No. 26-0737 (RC)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Stay and for Preliminary and Permanent Injunction and the entire record herein, it is hereby

ORDERED that Plaintiffs' Motion for Stay and for Preliminary Injunction is DENIED; and it is further

ORDERED that Plaintiffs' Motion for Permanent Injunction is DENIED without prejudice as premature.

SO ORDERED:

__________________
Date

______________________________________
RUDOLPH CONTRERAS
United States District Judge