LCD Reference Article Billing and Coding Article

# Billing and Coding: Superficial Radiation Therapy (SRT) for the Treatment of Nonmelanoma Skin Cancers (NMSC)

A60213

Links in PDF documents are not guaranteed to work. To follow a web link, please use the MCD Website.

## Contractor Information

| Contractor Name | Contract Type | Contract Number | Jurisdiction | States |
|---|---|---|---|---|
| Wisconsin Physicians Service Insurance Corporation | MAC - Part A | 05101 - MAC A | J - 05 | Iowa |
| Wisconsin Physicians Service Insurance Corporation | MAC - Part B | 05102 - MAC B | J - 05 | Iowa |
| Wisconsin Physicians Service Insurance Corporation | MAC - Part A | 05201 - MAC A | J - 05 | Kansas |
| Wisconsin Physicians Service Insurance Corporation | MAC - Part B | 05202 - MAC B | J - 05 | Kansas |

| Contractor Name | Contract Type | Contract Number | Jurisdiction | States |
|---|---|---|---|---|
| Wisconsin Physicians Service Insurance Corporation | MAC - Part A | 05301 - MAC A | J - 05 | Missouri - Entire State |
| Wisconsin Physicians Service Insurance Corporation | MAC - Part B | 05302 - MAC B | J - 05 | Missouri - Entire State |
| Wisconsin Physicians Service Insurance Corporation | MAC - Part A | 05401 - MAC A | J - 05 | Nebraska |
| Wisconsin Physicians Service Insurance Corporation | MAC - Part B | 05402 - MAC B | J - 05 | Nebraska |
| Wisconsin Physicians Service Insurance Corporation | MAC - Part A | 05901 - MAC A | J - 05 | Alabama<br>Alaska<br>Arizona<br>Arkansas<br>California - Entire State<br>Colorado<br>Connecticut<br>Delaware<br>Florida<br>Georgia<br>Hawaii<br>Idaho<br>Illinois<br>Indiana |

| Contractor Name | Contract Type | Contract Number | Jurisdiction | States |
|---|---|---|---|---|
| | | | | Iowa<br>Kansas<br>Kentucky<br>Louisiana<br>Maine<br>Maryland<br>Massachusetts<br>Michigan<br>Mississippi<br>Missouri - Entire State<br>Montana<br>Nebraska<br>Nevada<br>New Hampshire<br>New Jersey<br>New Mexico<br>North Carolina<br>North Dakota<br>Ohio<br>Oklahoma<br>Oregon<br>Pennsylvania<br>Rhode Island<br>South Carolina<br>South Dakota<br>Tennessee<br>Texas<br>Utah<br>Vermont<br>Virginia<br>Washington<br>West Virginia<br>Wisconsin<br>Wyoming |

| Contractor Name | Contract Type | Contract Number | Jurisdiction | States |
|---|---|---|---|---|
| Wisconsin Physicians Service Insurance Corporation | MAC - Part A | 08101 - MAC A | J - 08 | Indiana |
| Wisconsin Physicians Service Insurance Corporation | MAC - Part B | 08102 - MAC B | J - 08 | Indiana |
| Wisconsin Physicians Service Insurance Corporation | MAC - Part A | 08201 - MAC A | J - 08 | Michigan |
| Wisconsin Physicians Service Insurance Corporation | MAC - Part B | 08202 - MAC B | J - 08 | Michigan |

# Article Information

## General Information

### Article ID

A60213

### Article Title

Billing and Coding: Superficial Radiation Therapy (SRT) for the Treatment of Nonmelanoma Skin Cancers (NMSC)

### Article Type

Billing and Coding

### Original Effective Date

03/01/2026

### Revision Effective Date

N/A

### Revision Ending Date

N/A

### Retirement Date

N/A

CPT codes, descriptions, and other data only are copyright 2025 American Medical Association. All Rights Reserved. Fee schedules, relative value units, conversion factors and/or related components are not assigned by the AMA, are not part of CPT, and the AMA is not recommending their use. The AMA does not directly or indirectly practice medicine or dispense medical services. The AMA assumes no liability for data contained or not contained herein. CPT is a registered trademark of the American Medical Association.

Current Dental Terminology © 2025 American Dental Association. All rights reserved.

Copyright © 2025, the American Hospital Association, Chicago, Illinois. Reproduced with permission. No portion of the AHA copyrighted materials contained within this publication may be copied without the express written consent of the AHA. AHA copyrighted materials including the UB-04 codes and descriptions may not be removed, copied, or utilized within any software, product, service, solution, or derivative work without the written consent of the AHA. If an entity wishes to utilize any AHA materials, please contact the AHA at ub04@aha.org or 312-422-3366.

Making copies or utilizing the content of the UB-04 Manual, including the codes and/or descriptions, for internal purposes, resale and/or to be used in any product or publication; creating any modified or derivative work of the UB-04 Manual and/or codes and descriptions; and/or making any commercial use of UB-04 Manual or any portion thereof, including the codes and/or descriptions, is only authorized with an express license from the American Hospital Association. The American Hospital Association (the "AHA") has not reviewed, and is not responsible for, the completeness or accuracy of any information contained in this material, nor was the AHA or any of its affiliates, involved in the preparation of this material, or the analysis of information provided in the material. The views and/or positions presented in the material do not necessarily represent the views of the AHA. CMS and its products and services are not endorsed by the AHA or any of its affiliates.

## CMS National Coverage Policy

Title XVIII of the Social Security Act, §1833(e) prohibits Medicare payment for any claim which lacks the necessary information to process the claim.

Title XVIII of the Social Security Act, §1848(b)(11) Payment rules for certain radiation therapy services under the Medicare physician fee schedule

CMS Internet-Only Manual, Pub. 100-04, Medicare Claims Processing Manual, Chapter 13, §70 Radiation Oncology (Therapeutic Radiology) and §70.2 Services Bundled Into Treatment Management Codes

## Article Guidance

### Article Text

The information in this article contains billing, coding or other guidelines that complement the Local Coverage Determination (LCD) for Superficial Radiation Therapy (SRT) for the Treatment of Nonmelanoma Skin Cancers (NMSC) L40193.

Please refer to the LCD for reasonable and necessary requirements.

**Coding Guidance**

It is not appropriate to bill Medicare for services that are not covered (as described by the entire LCD) as if they are covered. When billing for non-covered services, use the appropriate modifier. For Part B, use the GY or GZ modifier.

Per the Current Procedural Terminology (CPT®) codebook definition, the use of the correct CPT codes for the simulation of radiation, SRTs, delivery of radiation treatments and uses of image guidance (IG) require consistency with ASTRO and CMS guidelines for radiation services.

For purposes of this LCD, SRT is only payable in a non-facility setting. As defined by Section 3(b) of the Patient Access and Medicare Protection Act (PAMPA), the following settings would be allowable: The term “non-facility settings” refers to freestanding radiation therapy centers, which are treated like physicians’ offices for Medicare payment and billing purposes and are paid under the Medicare Physician Fee Schedule (MPFS). In contrast, the term “facility settings” refers to hospitals, which provide radiation therapy (RT) in their hospital outpatient departments. Physician offices, if allowed by their local state requirements as meeting these requirements, would also fall under the rubric of a freestanding RT center for Medicare payment and billing purposes for the delivery of SRT.

A course of RT usually includes a clearly defined set of services such as RT consultation, treatment planning, certain technical preparation and special services (e.g., medical radiation physics, dosimetry, treatment devices, treatment delivery, and treatment management).

**Pre-Treatment Documentation Requirements**

Documentation must support medical necessity for the use of SRT over other conventional treatment modalities and include the following:

1. A statement by the provider why the patient is a nonsurgical candidate AND
2. Appropriate documentation of the discussion with the patient why SRT is preferred for the treatment of their NMSC(s) and include a discussion of present and future risks of RT treatment(s).

### General Documentation Requirements

- Documentation must support medical necessity for the simulation, fractionation regimen, dosing, dosimetry, medical physics evaluation and any needed changes in ongoing treatment regimens.
- All documentation must be maintained in the patient's medical record. The documentation must support the medical necessity of the services as specified in this article and it must be made available to the contractor upon request.
- Every page of the record must be legible and include appropriate patient identification information (e.g., complete name, dates of service[s]). The documentation must include the legible signature and credentials of the physician, non-physician practitioner, dosimetrist, physicist or radiation therapist responsible for and providing the described care for the patient.
- The submitted medical record must support the use of the selected ICD-10-CM diagnosis code(s). The submitted CPT®/HCPCS code(s) must describe the service performed. It is the provider’s responsibility to select codes carried out to the highest level of specificity and selected from the ICD-10-CM and CPT® code books appropriate to the year in which the service is rendered for the claim(s) submitted.
- For all SRT, the medical record must include the patient’s primary diagnosis for which the prescribed SRT is needed, the patient’s history for this illness as well as active co-morbid medical conditions, the patient’s performance status when applicable and as required by the LCD, any relevant imaging reports, the proposed treatment plan, the number, location and size of tumor(s) that are present, the stage of disease, and the anatomic site of the radiation delivery.
- Medical record documentation maintained by the provider must indicate the medical necessity as outlined in the LCD and must include ALL of the following for a radiation oncology procedure which employs radiation treatment planning:
    - The type of SRT planning that was ultimately used must be precisely documented and cannot be inferred from the equipment or technology or computerized optimization being utilized.
    - The type of SRT that will be delivered must be precisely documented and cannot be inferred from the equipment or technology or computerized optimization being utilized.
    - A treatment plan/prescription must be present and must define the goals and requirements of the treatment, including the specific dose constraints for the target(s) and nearby critical structures.
    - A statement by the treating physician documenting the special advantages and genuine need for performing the specified SRT delivery type and planning type on the patient in question, especially in comparison to conventional forward treatment planning and/or delivery; the physician must address the other organs at risk (OAR) or adjacent critical structures.

- Radiation oncologist or other qualified physician review of dose-volume histograms for all targets and critical structures specifically documented as reviewed or authenticated via signature with credentials and date.
- Description of the number and location of each treatment step/rotation or portal to accomplish the treatment plan.
- Documentation of dosimetric verification of treatment setup and delivery, signed by both the treating physician and the medical physicist with a legible signature, credentials and date.
- Documentation of fluence distributions recomputed in a phantom, or an equivalent methodology consistent with patient specific treatment verification.
- Target verification methodology documentation to include documentation of the clinical treatment volume (CTV) and the planning target volume (PTV); documentation of immobilization/patient positioning and means of dose verification and secondary means of verification.
- Other procedures performed during the episode of care must have documentation that supports the professional and technical components by identifying the place of service, the date of service, the supervising physician, and proof of work provided.

# Coding Information

## CPT/HCPCS Codes

**Group 1** (4 Codes)

### Group 1 Paragraph

Below are CPT®/HCPCS codes related to SRT. Providers are reminded to refer to the long descriptors of the CPT® codes in their CPT® books.

**Per CPT 2026 guidance SRT should not be reported in conjunction with megavoltage (MeV) (77402, 77407, 77412).**

**To bill electronic brachytherapy treatment delivery use CPT code 77437 (e.g., electronic brachytherapy). When billing 77437 for SRT treatment delivery services covered by the LCD providers must append the KX modifier.**

**For SRT treatment planning and simulation aided field setting use CPT code 77436.**

CPT 77436 is not typically repeated with each treatment except when clinically indicated and documentation supports additional simulation requirements. Do not report clinical treatment planning (77261, 77262, 77263), simulation (77280, 77285,

77290, 77295), basic dosimetry calculation (77300), special dosimetry (77331), treatment devices (77332, 77333, 77334), isodose planning (77306, 77307, 77316, 77317, 77318), or radiation treatment management (77427, 77431, 77432, 77435, 77469, 77470, 77499) in conjunction with 77436 and 77437.

Code 77336 can only be billed when medically necessary for treatment adjustments in support of the radiation oncologist or other health care qualified professional.

Code 77370 is to be used when the complexity of the treatment plan is great. It is not expected that code 77370 will be reported for SRT services.

Use of 77370 with SRT code 77437 may lead to medical review.

### Group 1 Codes

| Code | Description |
|---|---|
| 77336 | CONTINUING MEDICAL PHYSICS CONSULTATION, INCLUDING ASSESSMENT OF TREATMENT PARAMETERS, QUALITY ASSURANCE OF DOSE DELIVERY, AND REVIEW OF PATIENT TREATMENT DOCUMENTATION IN SUPPORT OF THE RADIATION ONCOLOGIST, REPORTED PER WEEK OF THERAPY |
| 77370 | SPECIAL MEDICAL RADIATION PHYSICS CONSULTATION |
| 77436 | SURFACE RADIATION THERAPY; SUPERFICIAL OR ORTHOVOLTAGE, TREATMENT PLANNING AND SIMULATION-AIDED FIELD SETTING |
| 77437 | SURFACE RADIATION THERAPY; SUPERFICIAL, DELIVERY, </=150 KV, PER FRACTION (EG, ELECTRONIC BRACHYTHERAPY) |

## **Group 2** (2 Codes)

### Group 2 Paragraph

The following CPT codes are considered not medically reasonable and necessary (non-covered).

Electronic brachytherapy is non-covered and must be billed without a KX modifier.

### Group 2 Codes

| Code | Description |
|---|---|
| 77437 | SURFACE RADIATION THERAPY; SUPERFICIAL, DELIVERY, </=150 KV, PER FRACTION (EG, ELECTRONIC BRACHYTHERAPY) |
| 77439 | SURFACE RADIATION THERAPY; SUPERFICIAL OR ORTHOVOLTAGE, IMAGE GUIDANCE, ULTRASOUND FOR PLACEMENT OF RADIATION THERAPY FIELDS FOR TREATMENT OF CUTANEOUS TUMORS, PER COURSE OF TREATMENT (LIST SEPARATELY IN ADDITION TO CODE FOR PRIMARY PROCEDURE) |

## CPT/HCPCS Modifiers

**Group 1** (3 Codes)

### Group 1 Paragraph

N/A

### Group 1 Codes

| Code | Description |
|---|---|
| GY | ITEM OR SERVICE STATUTORILY EXCLUDED, DOES NOT MEET THE DEFINITION OF ANY MEDICARE BENEFIT OR, FOR NON-MEDICARE INSURERS, IS NOT A CONTRACT BENEFIT |
| GZ | ITEM OR SERVICE EXPECTED TO BE DENIED AS NOT REASONABLE AND NECESSARY |
| KX | REQUIREMENTS SPECIFIED IN THE MEDICAL POLICY HAVE BEEN MET |

## ICD-10-CM Codes that Support Medical Necessity

## Group 1 (51 Codes)

### Group 1 Paragraph

CPT codes 77336, 77370 and 77436, when billed with SRT services are not subject to ICD-10-CM limitations, but must relate to reasonable and necessary services per the criteria specified in the local coverage determination for Superficial Radiation Therapy (SRT) for the Treatment of Nonmelanoma Skin Cancers (NMSC).

When billing 77437 for services covered by the LCD, providers must append the KX modifier. Medicare is establishing the following limited coverage for CPT code 77437 KX.

### Group 1 Codes

| Code | Description |
|---|---|
| C44.01 | Basal cell carcinoma of skin of lip |
| C44.02 | Squamous cell carcinoma of skin of lip |
| C44.1121 | Basal cell carcinoma of skin of right upper eyelid, including canthus |
| C44.1122 | Basal cell carcinoma of skin of right lower eyelid, including canthus |
| C44.1191 | Basal cell carcinoma of skin of left upper eyelid, including canthus |
| C44.1192 | Basal cell carcinoma of skin of left lower eyelid, including canthus |
| C44.1221 | Squamous cell carcinoma of skin of right upper eyelid, including canthus |
| C44.1222 | Squamous cell carcinoma of skin of right lower eyelid, including canthus |
| C44.1291 | Squamous cell carcinoma of skin of left upper eyelid, including canthus |

| Code | Description |
|---|---|
| C44.1292 | Squamous cell carcinoma of skin of left lower eyelid, including canthus |
| C44.212 | Basal cell carcinoma of skin of right ear and external auricular canal |
| C44.219 | Basal cell carcinoma of skin of left ear and external auricular canal |
| C44.222 | Squamous cell carcinoma of skin of right ear and external auricular canal |
| C44.229 | Squamous cell carcinoma of skin of left ear and external auricular canal |
| C44.311 | Basal cell carcinoma of skin of nose |
| C44.319 | Basal cell carcinoma of skin of other parts of face |
| C44.321 | Squamous cell carcinoma of skin of nose |
| C44.329 | Squamous cell carcinoma of skin of other parts of face |
| C44.41 | Basal cell carcinoma of skin of scalp and neck |
| C44.42 | Squamous cell carcinoma of skin of scalp and neck |
| C44.510 | Basal cell carcinoma of anal skin |
| C44.511 | Basal cell carcinoma of skin of breast |
| C44.519 | Basal cell carcinoma of skin of other part of trunk |

| Code | Description |
|---|---|
| C44.520 | Squamous cell carcinoma of anal skin |
| C44.521 | Squamous cell carcinoma of skin of breast |
| C44.529 | Squamous cell carcinoma of skin of other part of trunk |
| C44.612 | Basal cell carcinoma of skin of right upper limb, including shoulder |
| C44.619 | Basal cell carcinoma of skin of left upper limb, including shoulder |
| C44.622 | Squamous cell carcinoma of skin of right upper limb, including shoulder |
| C44.629 | Squamous cell carcinoma of skin of left upper limb, including shoulder |
| C44.712 | Basal cell carcinoma of skin of right lower limb, including hip |
| C44.719 | Basal cell carcinoma of skin of left lower limb, including hip |
| C44.722 | Squamous cell carcinoma of skin of right lower limb, including hip |
| C44.729 | Squamous cell carcinoma of skin of left lower limb, including hip |
| D04.0 | Carcinoma in situ of skin of lip |
| D04.111 | Carcinoma in situ of skin of right upper eyelid, including canthus |
| D04.112 | Carcinoma in situ of skin of right lower eyelid, including canthus |
| D04.121 | Carcinoma in situ of skin of left upper eyelid, including canthus |

| Code | Description |
|---|---|
| D04.122 | Carcinoma in situ of skin of left lower eyelid, including canthus |
| D04.21 | Carcinoma in situ of skin of right ear and external auricular canal |
| D04.22 | Carcinoma in situ of skin of left ear and external auricular canal |
| D04.39 | Carcinoma in situ of skin of other parts of face |
| D04.4 | Carcinoma in situ of skin of scalp and neck |
| D04.5 | Carcinoma in situ of skin of trunk |
| D04.61 | Carcinoma in situ of skin of right upper limb, including shoulder |
| D04.62 | Carcinoma in situ of skin of left upper limb, including shoulder |
| D04.71 | Carcinoma in situ of skin of right lower limb, including hip |
| D04.72 | Carcinoma in situ of skin of left lower limb, including hip |
| D04.8 | Carcinoma in situ of skin of other sites |
| D07.1 | Carcinoma in situ of vulva |
| D07.4 | Carcinoma in situ of penis |

## ICD-10-CM Codes that DO NOT Support Medical Necessity

N/A

### ICD-10-PCS Codes

N/A

### Additional ICD-10 Information

N/A

### Bill Type Codes

Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the article does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the article should be assumed to apply equally to all claims.

N/A

### Revenue Codes

Contractors may specify Revenue Codes to help providers identify those Revenue Codes typically used to report this service. In most instances Revenue Codes are purely advisory. Unless specified in the article, services reported under other Revenue Codes are equally subject to this coverage determination. Complete absence of all Revenue Codes indicates that coverage is not influenced by Revenue Code and the article should be assumed to apply equally to all Revenue Codes.

N/A

### Other Coding Information

N/A

## Revision History Information

N/A

## Associated Documents

### Related Local Coverage Documents

Articles

DA60213 - Billing and Coding: Superficial Radiation Therapy (SRT) for the Treatment of Nonmelanoma Skin Cancers (NMSC)

LCDs

L40193 - Superficial Radiation Therapy (SRT) for the Treatment of Nonmelanoma Skin Cancers (NMSC)

### Related National Coverage Documents

NCDs

N/A

### Statutory Requirements URLs

N/A

### Rules and Regulations URLs

N/A

### CMS Manual Explanations URLs

N/A

### Other URLs

N/A

### Public Versions

| Updated On | Effective Dates | Status | |
|---|---|---|---|
| 01/08/2026 | 03/01/2026 - N/A | Currently in Effect | You are here |

## Keywords

N/A