**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SKINCURE ONCOLOGY, LLC, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR.,<br>Secretary of Health and Human Services, *et al.*,<br>Defendants, | : | Civil Action No.: 26-737 (RC)<br><br>Re Document Nos.: 10, 11, 14 |

**ORDER**

**DENYING PLAINTIFFS' MOTION FOR STAY AND PRELIMINARY AND PERMANENT INJUNCTION**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' Motion for Stay and Preliminary and Permanent Injunction (ECF Nos. 11, 14) is **DENIED**; and Plaintiffs' Sealed Motion for Leave to File Under Seal Portions of Plaintiffs' Motion and Select Exhibits (ECF No. 10) is **GRANTED**. It is hereby **ORDERED** that the unredacted versions of Plaintiffs' Motion for Stay and Preliminary and Permanent Injunction (ECF Nos. 10-3, 14-1) and the individual Patient Plaintiffs' Declarations (ECF Nos. 10-8–10-13, 14-3) shall remain under seal.

**SO ORDERED**.

Dated: April 10, 2026

RUDOLPH CONTRERAS
United States District Judge