UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SKINCURE ONCOLOGY, LLC, *et al.*,

Plaintiffs,

v.

ROBERT F. KENNEDY, JR., *et al.*,

Defendants.

Civil Action No. 26-0737 (RC)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion to Dismiss and the entire record herein, it is hereby

ORDERED that Defendants' Motion is GRANTED; and it is further

ORDERED that Defendants are excused from the requirement under Local Civil Rule 7(n) that Defendants file a certified list of the contents of the administrative record.

SO ORDERED:

__________________
Date

__________________________________
RUDOLPH CONTRERAS
United States District Judge